JOHN C. CALHOUN, Appellant, *v.* COMMONWEALTH TRUST COMPANY OF NEW YORK, Respondent.

*Calhoun* v. *Commonwealth Trust Co.*, 149 App. Div. 914, affirmed.
(Argued November 20, 1913; decided December 9, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for breach of an alleged contract of employment.

*James W. Osborne* and *Edwin W. Wilcox* for appellant.

*D-Cady Herrick, James J. Farren* and *Francis S. Hutchins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not sitting: MILLER, J.